IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| **PRAIRIE POINTE ORTHODONTICS, P.A.,** on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JORNS & ASSOCIATES, LLC, ZEN LIFE HOLDINGS, INC. d/b/a "JORNS & ASSOCIATES", BEN WOOD, MALCOLM MENEZES, AND JASON CHARLES GUCK A/K/A JASON CHARLES,**<br><br>Defendants. | Case No. 2:22-cv-02451-JAR-GEB<br><br>**CLASS ACTION** |

**JOINT UPDATE TO COURT CONCERNING CLASS ACTION SETTLEMENT**

In a July 21 filing, the parties jointly informed that Court that they had reached a class action settlement in principle, moved for a stay of all deadlines pending finalization of the settlement agreement and submission of preliminary approval, and indicated that they would update the Court by August 16. (D.E 65.) The Court granted the requested stay. (D.E. 66.)

The parties submit this notice to inform the Court that they finalized and fully executed the settlement agreement on August 4, 2023. Per its terms, Plaintiff has 30 days from execution to move for preliminary approval. Plaintiff will comply with that deadline. Should any further updates be necessary in the interim, the parties will update the court.

1

4893-6188-8117, v. 1

RESPECTFULLY SUBMITTED,

*/s/ Richard S. Fisk*
**Richard S. Fisk (KS Bar #23712)**
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Blvd., Suite 250
Overland Park, KS 66210
(913) 339-6888
(913) 339-9653 (fax)
Email:  rfisk@bkwflaw.com

\*Joe P. Leniski, Jr. (TN Bar. No. 22891)
\*Anthony Orlandi (TN Bar No. 33988)
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com
tony@hsglawgroup.com

\*Admitted *Pro Hac Vice*

*Attorneys for Prairie Pointe and the Proposed Class*

*/s/ Brian Whiteley*

Sean Walsh, KS Bar #25052
HINKLE LAW FIRM
1617 North Parkway, Suite 400
Wichita, Kansas 67206
swalsh@hinklaw.com

**Brian Whiteley**
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com

Kyra Ganswith
80 State Street
Albany, NY 12207
kganswith@barclaydamon.com

*Attorneys for Defendant Zen Life Holdings, Inc. and the Individual Defendants*

4893-6188-8117, v. 1

/s/ Andrew J. Scavotto
Patrick A. Edwards, Kansas Bar #24553
Stinson LLP
1625 North Waterfront Parkway, Suite 300
Wichita, Kansas 67206-6620
patrick.edwards@stinson.com

**Andrew J. Scavotto,** *Pro Hac Vice*
Stinson LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
E-mail: Andrew.scavotto@stinson.com

*Attorneys for Jorns & Associates, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 7, 2023, the foregoing document was filed via ECF and therefore served to all counsel of record as follows:

Sean Walsh, KS Bar #25052
HINKLE LAW FIRM
1617 North Parkway, Suite 400
Wichita, Kansas 67206
swalsh@hinklaw.com

Brian Whiteley
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com

Kyra Ganswith
80 State Street
Albany, NY 12207
kganswith@barclaydamon.com

*Attorneys for Defendant Zen Life Holdings, Inc.*

Patrick Edwards (KS #24553)
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
Patrick.Edwards@stinson.com

Andrew Scavotto
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Andrew.scavotto@stinson.com

*Attorneys for Defendant Jorns & Associates, LLC*

/s/ Richard S. Fisk
Richard S. Fisk