IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| **PRAIRIE POINTE ORTHODONTICS, P.A.**, on behalf of itself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**JORNS & ASSOCIATES, LLC, ZEN LIFE HOLDINGS, INC. d/b/a "JORNS & ASSOCIATES", BEN WOOD, MALCOLM MENEZES, AND JASON CHARLES GUCK A/K/A JASON CHARLES,**<br><br>**Defendants.** | Case No. 2:22-cv-2451<br><br>CLASS ACTION |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Prairie Pointe Orthodontics, P.A. respectfully moves the Court to enter the attached unopposed proposed Preliminary Approval Order Granting Motion for Preliminary Approval of Class Action Settlement (**Exhibit A** attached hereto) (the "Preliminary Approval Order"). This relief is necessary to effectuate approval of a Class Action Settlement (the "Settlement") that Plaintiff reached with the Defendants. The Settlement was reached through arm's length negotiations by informed counsel through a mediation with third-party neutral mediator Thomas V. Bender, and it reflects a reasonable, fair, and adequate compromise of the claims brought in this case. This Motion is supported by the accompanying Memorandum and the Declaration of Joey P. Leniski, Jr., including Exhibits 1-3 thereto.[1]

---

[1] Exhibits to Leniski Declaration are as follows: Exhibit 1 is a copy of the Settlement (which itself has Exhibits A-E thereto), Exhibit 2 is HSGLaW's firm resume, and Exhibit 3 is Mr. Fisk's bio.

Entry of the attached Preliminary Approval Order is warranted to:

(1) preliminarily approve the settlement;

(2) certify the Settlement Class;

(3) appoint Plaintiff as the Class Representative;

(4) appoint the undersigned as Class Counsel for the Settlement;

(5) appoint CAC Services Group, LLC as the Claims Administrator;

(6) approve a reasonable form and manner of notice to the Settlement Class;

(7) establish a 45-day deadline for any opt-outs or objections;

(8) enjoin any other proceedings against Defendants; and

(9) set a hearing date for final approval of the settlement, which (assuming preliminary approval is granted) Plaintiff respectfully requests be set within 100 days of entry of preliminary approval.

For these reasons, Plaintiff respectfully moves this Court to enter the accompanying Preliminary Approval Order, which is in a form to which all parties have agreed. Per the Settlement terms, Defendants do not oppose the relief requested in this Motion.

RESPECTFULLY SUBMITTED,

*/s/ Richard S. Fisk*
**Richard S. Fisk (KS Bar #23712)**
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Blvd., Suite 250
Overland Park, KS 66210
(913) 339-6888
(913) 339-9653 (fax)
Email:   rfisk@bkwflaw.com

*Joe P. Leniski, Jr. (TN Bar. No. 22891)
*Anthony Orlandi (TN Bar No. 33988)
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email:  joey@hsglawgroup.com
tony@hsglawgroup.com

*Admitted *Pro Hac Vice*

*Attorneys for Prairie Pointe and the Proposed Class*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2023, the foregoing document was filed via ECF and therefore served to all counsel of record as follows:

Sean Walsh, KS Bar #25052
HINKLE LAW FIRM
1617 North Parkway, Suite 400
Wichita, Kansas 67206
swalsh@hinklaw.com

Brian Whiteley
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com

Kyra Ganswith
80 State Street
Albany, NY 12207
kganswith@barclaydamon.com

*Attorneys for Defendant Zen Life Holdings, Inc.*

Patrick Edwards (KS #24553)
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
Patrick.Edwards@stinson.com

Andrew Scavotto
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Andrew.scavotto@stinson.com

*Attorneys for Defendant Jorns & Associates, LLC*

                                                           */s/ Richard S. Fisk*
                                                           Richard S. Fisk