**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| **PRAIRIE POINTE ORTHODONTICS, P.A.**, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JORNS & ASSOCIATES, LLC, et al.**,<br><br>Defendants. | Case No. 2:22-cv-02451-JAR-GEB<br><br>**CLASS ACTION** |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff and Class Representative Prairie Pointe Orthodontics, P.A. ("Plaintiff"), individually and on behalf of the certified Class by and through Class Counsel, hereby submits its Motion for Final Approval of Class Action Settlement ("Motion for Final Approval"). Plaintiff respectfully requests that the Court: (1) grant final approval of the Settlement as fair, reasonable, and adequate, and in the best interest of all Class Members; (2) determine that notice was provided to Class Members in conformity with the Court's Preliminary Approval Order, Rule 23(c)(2)(B), and due process, and (3) enter a Final Approval Order and Judgment. The Motion is supported by the following materials filed contemporaneously herewith: (1) a Memorandum of Law; and (2) the Declaration of Jeffrey D. Johnson.

Plaintiff has conferred with counsel for all Defendants, who have indicated that Defendants do not oppose this motion. Plaintiff therefore respectfully requests that the Court enter a Final Approval Order and Judgment.

DATED: January 23, 2024                    RESPECTFULLY SUBMITTED,

*/s/ Richard S. Fisk*
**Richard S. Fisk (KS Bar #23712)**
Beam-Ward, Kruse, Wilson & Fletes, LLC
8645 College Blvd., Suite 250
Overland Park, KS 66210
(913) 339-6888
(913) 339-9653 (fax)
Email:   rfisk@bkwflaw.com

Joe P. Leniski, Jr. (TN Bar. No. 22891)*
Anthony Orlandi (TN Bar No. 33988)*
HERZFELD, SUETHOLZ, GASTEL, LENISKI &
WALL, PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com
tony@hsglawgroup.com

*Admitted *Pro Hac Vice*

*Attorneys for Prairie Pointe and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 23, 2024, the foregoing document was filed via ECF and therefore served to all counsel of record as follows:

Sean Walsh, KS Bar #25052
HINKLE LAW FIRM
1617 North Parkway, Suite 400
Wichita, Kansas 67206
swalsh@hinklaw.com

Brian Whiteley
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com

Kyra Ganswith
80 State Street
Albany, NY 12207
kganswith@barclaydamon.com

*Attorneys for Defendant Zen Life Holdings, Inc. and the Individual Defendants*

Patrick Edwards (KS #24553)
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
Patrick.Edwards@stinson.com

Andrew Scavotto
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Andrew.scavotto@stinson.com

*Attorneys for Defendant Jorns & Associates, LLC*

                                         */s/ Richard S. Fisk*
                                         Richard S. Fisk