IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| PRAIRIE POINTE ORTHODONTICS, P.A., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JORNS & ASSOCIATES, LLC, et al.,<br><br>        Defendants. | Case No. 2:22-cv-02451-JAR-GEB<br><br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR APPROVAL OF
CY PRES RECIPIENT AND TO DISTRIBUTE RESIDUAL FUNDS**

Plaintiff Prairie Pointe Orthodontics P.A. ("Plaintiff") hereby asks the Court to approve Kansas Legal Services as a *cy pres* recipient for residual funds in this matter.

On February 12, 2024, the court approved the parties' settlement of this matter on a class basis. (D.E. 85, Final Approval Order.) The Settlement itself was docketed as Exhibit 1 to the Declaration of Joe P. Leniski, Jr., filed on August 31, 2023 (D.E. 70-1 (the "Settlement Agreement".) In substance, Part III.E. of the Settlement Agreement provides that, 365 days from the Effective Date, Plaintiff must notify the Court how to dispose of residual funds. In relevant part, the Settlement states if that if is $50,000 or less in residual funds (after the distribution), the funds will be awarded to a *cy pres* recipient proposed by Plaintiffs and approved by the Court. (*See* Settlement Agreement Part III.E.) The Settlement Administrator has reported to Plaintiff's counsel that there is $38,623.88 in unclaimed funds remaining.

Plaintiff accordingly proposes that any unclaimed funds be distributed to **Kansas Legal Services**. As reflected in **Exhibit A**, Kansas Legal Services is a "non-profit law firm and community education organization helping low and moderate income people in Kansas." Kansas

1

Legal Services offers assistance in various legal matters, including consumer law concerns. It would be a worthy recipient of *cy pres* award and would use those funds to benefit others.

For these reasons, Plaintiff respectfully requests that the Court designate Kansas Legal Services as the *cy pres* recipient and direct the Settlement Administrator to disburse the funds to Kansas Legal Services within 14 days of the Court's Order.

        RESPECTFULLY SUBMITTED,

        */s/ Richard S. Fisk*
        **Richard S. Fisk (KS Bar #23712)**
        Beam-Ward, Kruse, Wilson & Fletes, LLC
        8645 College Blvd., Suite 250
        Overland Park, KS 66210
        (913) 339-6888
        (913) 339-9653 (fax)
        Email:  rfisk@bkwflaw.com

        Joe P. Leniski, Jr. (TN Bar. No. 22891)*
        Anthony Orlandi (TN Bar No. 33988)*
        HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
        The Freedom Center
        223 Rosa Parks Avenue, Suite 300
        Nashville, Tennessee 37203
        Telephone: (615) 800-6225
        Email: joey@hsglawgroup.com
        tony@hsglawgroup.com

        *Admitted Pro Hac Vice*

        *Attorneys for Prairie Pointe and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 13, 2025, the foregoing document was filed via ECF and therefore served to all counsel of record as follows:

Sean Walsh
HINKLE LAW FIRM
1617 North Parkway, Suite 400
Wichita, Kansas 67206
swalsh@hinklaw.com

Brian Whiteley
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com

Kyra Ganswith
80 State Street
Albany, NY 12207
kganswith@barclaydamon.com

*Attorneys for Defendant Zen Life Holdings, Inc. and the Individual Defendants*

Patrick Edwards
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206-6620
Patrick.Edwards@stinson.com

Andrew Scavotto
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Andrew.scavotto@stinson.com

*Attorneys for Defendant Jorns & Associates, LLC*

                                                */s/ Richard S. Fisk*
                                                Richard S. Fisk